ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
NO. 5:09-cv-00113-KKC

DEBBIE PINKSTON                                                                                          *Plaintiff*

v.                                       **NOTICE OF SETTLEMENT**

BARCLAYS BANK DELAWARE a/k/a,
JUNIPER,                                                                                                 *Defendant*

*   *   *   *   *

NOW COMES Plaintiff, DEBBIE PINKSTON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  November 12, 2009          KROHN & MOSS, LTD.

By: /s/ Lee Cassie Yates
   Lee Cassie Yates
   Krohn & Moss, Ltd.
   120 W. Madison St. 10th Floor
   Chicago, IL 60602
   Ph: (312) 578-9428 ext. 281
   Attorneys for Plaintiff